B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF WISCONSIN

In re David W Meints; ;Elizabeth M Meints ,　　　　　　Case No. 16-22953

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association | Ocwen Loan Servicing, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**

Federal National Mortgage Association ("Fannie Mae"),
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX4990

**Court Claim # (if known):** 8
**Amount of Claim:** 157,412.00
**Date Claim Filed:** 09/16/2016

**Phone:** _____

Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**

Federal National Mortgage Association ("Fannie Mae"),
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX4990

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Lisa Singer　　　　　　　　　　　　　　　　Date: April 18, 2017
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Lombardo Law Office
Debtor(s) Attorney

Rebecca R. Garcia, Esq.
Chapter 13 Trustee

April 20, 2017

_____
Marc Rosen